IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID LAFANTANO,<br>*Petitioner* | CIVIL ACTION |
| v. | |
| MARRIOSA LAMAS *et al.*,<br>*Respondents* | No. 19-1724 |

## ORDER

AND NOW, this 27th day of July, 2021, upon careful and independent consideration of *pro se* Petitioner David Lafantano's Petition for Writ of Habeas Corpus (Doc. No. 1), Respondents' Response in Opposition (Doc. No. 9), Magistrate Judge Marilyn Heffley's Report and Recommendation (Doc. No. 11), Mr. Lafantano's Objections to the Report and Recommendation (Doc. Nos. 12, 14), and the state court record, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED IN PART AND MODIFIED IN PART**.

2. The petition for Writ of Habeas Corpus is **DISMISSED** with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case **CLOSED**, including for statistical purposes.

BY THE COURT:

_____
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE

1